ADAM GORDON
United States Attorney
SEAN VAN DEMARK
Assistant U.S. Attorney
Hawaii Bar No. 10288
ANDREW SHERWOOD
Assistant U.S. Attorney
California Bar No. 342419
New York Bar No. 4518106
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-7657/9690
sean.van.demark@usdoj.gov
andrew.sherwood@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANTAL HERNANDEZ,<br><br>Defendant. | Case No.: 23CR1821-JES<br><br>**NOTICE OF UNITED STATES' INTENT TO OFFER EVIDENCE UNDER RULES 702, 703, AND 705**<br><br>The Honorable James E. Simmons, Jr. |

PLEASE TAKE NOTICE that Plaintiff, UNITED STATES OF AMERICA, intends to offer evidence under Rules 702, 703, and 705 of the Federal Rules of Evidence in its case-in-chief at trial in this case.

    I.    <u>Notice of Evidence Under Rules 702, 703, and 705</u>

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States provides the following disclosure concerning expert testimony that the United States will seek to introduce pursuant to Rules 702, 703, and 705 of the Federal Rules of Evidence. The United States reserves the right to offer additional testimony by this expert, or other expert witness(es), and for the expert to amend or adjust his opinions and bases therefor, based on information perceived by or made known to the expert before or during trial.

**A. Forensic Extraction Testimony**

    1. <u>Special Agent and Computer Forensics Agent David Marshall</u>

Although the United States does not believe that cellphone extraction testimony is expert testimony under the Federal Rules of Evidence,[1] in an abundance of caution the United States is providing notice that, absent a signed stipulation between the parties, it intends to offer the testimony of Special Agent (SA) and Computer Forensics Agent David Marshall of Homeland Security Investigations, who extracted data from Defendant's cell phone searched in connection with this case, using forensic tools.

SA Marshall is expected to testify as to the process used to extract data from the cell phone analyzed using the forensic tools documented in the extraction reports and the reliability of the extracted data. His anticipated testimony regarding reliability is based on his experience of comparing what is extracted by the forensic tools to the data as it exists on phones he has analyzed. As such, SA Marshall is expected to offer the opinion that the extracted data was recorded, taken, or made on the date and time reflected in the cellphone extraction reports.

SA Marshall's *curriculum vitae* and report concerning the cellphone data extraction he performed have been provided in discovery. Exhibit A (report). SA Marshall has not authored any publications in the last 10 years and has testified once as a Court certified expert in the use of Cellbrite software the last 4 years:

- *United States v. Kimberly Jean Kolesin*, 23CR36-LL

<div style="margin-left:2em">_S. Marshall_</div>

DAVID MARSHALL
Special Agent, Homeland Security Investigations

---

[1]   *See United States v. McLeod*, 755 Fed. Appx. 670, 673-74 (9th Cir. 2019) (unpublished) (district court did not abuse its discretion by admitting testimony without requiring compliance with Rule 702 where witness testified about what Cellebrite does, how he used it to extract information from a cell phone, and how he could select what data to extract); *United States v. Seugasala*, 702 F. App'x 572, 575 (9th Cir. 2017) (unpublished) ("The officers who followed the software prompts from Cellebrite and XRY to obtain data from electronic devices did not present testimony that was based on technical or specialized knowledge that would require expert testimony.")

2. Senior Special Agent and Digital Forensic Examiner Todd S. Glud

Although the United States does not believe that cellphone or iCloud extraction testimony is expert testimony under the Federal Rules of Evidence, in an abundance of caution the United States is providing notice that, absent a signed stipulation between the parties, it intends to offer the testimony of Senior Special Agent (SSA) and Digital Forensic Examiner Todd S. Glud of Homeland Security Investigations and ICE Office of Professional Responsibility who examined the extraction of data from Defendant's cellphone and her iCloud account.

SSA Glud is expected to testify as to the process used to extract data from cellphones and iCloud using the forensic tools documented in the extraction reports and the reliability of the extracted data. His anticipated testimony regarding reliability is based on his experience of comparing what is extracted by the forensic tools to the data as it exists on the cellphone and iCloud that he has analyzed. As such, SSA Glud is expected to offer the opinion that the extracted data was recorded, taken, or made on the date and time reflected in the cellphone extraction reports.

In this case, as to the iCloud data, SSA Glud did not extract the data from the iCloud himself. The data was provided to him from Apple, pursuant to a search warrant.

SSA Glud's *curriculum vitae* and report(s) concerning the review and analysis he did in this case has been provided in discovery. Exhibit B (report). SSA Glud has not authored any publications in the previous 10 years. SSA Glud has testified as an expert at trial or by deposition during the previous 4 years regarding cellphone evidence, iCloud evidence and digital evidence in the following cases:

- *Metro Storage Intl v. James Harron*, 108-0937-JTL; Court of Chancery, DE, Civil case; video deposition – December 30, 2020
- *Metro Storage Intl v. James Harron*, 108-0937-JTL; Court of Chancery, DE, Civil case; video depositions – May 5, 2021
- *Metro Storage Intl v. James Harron*, 108-0937-JTL; Court of Chancery, DE, Civil case; video depositions – May 27, 2021

1  • *United States v. Herron*, CR17-01026-TUC-RCC(JR); District of AZ, March 18,
2     2025
3  • *United States v. Herron*, CR17-01026-TUC-RCC(JR); District of AZ, March 19,
4     2025
5  • *Blink Health Group LLC v. Susan Long*, 01-23-0001-0322; American Arbitration
6     Association, MO, Civil case; video deposition – March 27, 2025

TODD S GLUD  Digitally signed by TODD S GLUD
             Date: 2025.04.18 10:01:59 -07'00'

_____
TODD S. GLUD
Senior Special Agent and Digital Forensic Examiner

DATED: April 18, 2025                 Respectfully submitted,

                                      ADAM GORDON
                                      United States Attorney


                                      /s/*Andrew Sherwood*
                                      ANDREW SHERWOOD
                                      SEAN VAN DEMARK
                                      Assistant United States Attorneys

# EXHIBIT A

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/25/2023 15:14 EDT

Page 1 of 3

**CASE NUMBER**
SD09ST24SD0001

**CASE OPENED**
10/25/2023

**CURRENT CASE TITLE**
Computer Forensics - OPR SD assist - cell phone extraction...

**REPORT TITLE**
Computer Forensics - extraction and analysis of one cell phone seized from HERNANDEZ

**REPORTED BY**
David Marshall
SPECIAL AGENT

**APPROVED BY**
David Edasi
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
10/25/2023

**SYNOPSIS**

On June 13, 2023, Shantal HERNANDEZ was arrested by Special Agents from the San Diego office of Immigration and Customs Enforcement's (ICE), Office of Professional Responsibility (OPR). At the time of her arrest, one (1) cell phone was seized from HERNANDEZ.

On June 13, 2023, ICE OPR Special Agent Eric Sajo submitted one (1) cell phone, seized from HERNANDEZ, to the Homeland Security Investigations San Diego Computer Forensics Group for charging and storage. This report details the results of the forensic examination conducted on the one (1) cell phone.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Computer Forensics - OPR SD assist - cell phone extraction... | SD09ST24SD0001-001 | 10/25/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/25/2023 15:14 EDT                                                                      Page 2 of 3

## DETAILS OF INVESTIGATION

**DETAILS OF INVESTIGATION:**

As background, Department of Homeland Security (DHS), Homeland Security Investigations (HSI) Special Agent (S/A) David Marshall is a Computer Forensics Agent (CFA) as certified by the HSI Cyber Crimes Center (C3). CFA Marshall is certified to conduct forensic analysis on computers, cell phones, and other digital devices and media.

On June 13, 2023, ICE OPR Special Agent Eric Sajo submitted one (1) cell phone, seized from HERNANDEZ, to the HSI San Diego Computer Forensics Group for charging and storage. On June 20, 2023, ICE OPR S/A Teresa Cardona received a Federal Search Warrant for one (1) cell phone. Per the terms in the Federal Search Warrant, CFA Marshall conducted a forensic examination of the one (1) cell phone.

The Federal Search Warrant was limited to items dated from January 1, 2023, through June 13, 2023.

OUTPUT USB:
One (1) Output USB drive was prepared to hold the evidence discovered during the analysis of one (1) cell phone.

CELL PHONE INFORMATION:

**CELL #1    (PHONE01)**
Make:  Apple
Model:  iPhone 12 Pro Max
Serial Number:  G6TDWL2U0D46
IMEI:  354703753395442
ICCID:  89012804330258598513 (AT&T)
IMSI:  310280025892146
Phone Number:  ████████████
Apple ID:  ████████████████████
Phone Name:  iPhone (3)

**PHONE01 ANALYSIS:**
On June 13, 2023, an Apple iPhone 12 Pro Max cell phone, herein referenced as PHONE01, was submitted in an evidence bag to the HSI San Diego Computer Forensics Group.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Computer Forensics - OPR SD assist - cell phone extraction... | SD09ST24SD0001-001 | 10/25/2023 |

#### OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/25/2023 15:14 EDT                                                                                          Page 3 of 3

CFA Leslie Gee took possession of PHONE01 by signing the Chain of Custody (CF6051) form which listed line item 001 as "Iphone".  PHONE01 was connected to a battery charger.

On June 22, 2023, CFA Marshall took possession of PHONE01 and took photographs.  CFA Marshall noted that PHONE01's "Airplane Mode" was enabled and PHONE01 was locked with a 6-digit PIN code.  The SIM card was already taped to the rear of PHONE01.

CFA Marshall determined that PHONE01 was not currently supported for acquisition.  PHONE01 was attached to a battery charger.

On June 23, 2023, PHONE01's SIM card was logically acquired with the UFED4PC forensic application.  The SIM card was taped to the rear of PHONE01.

On August 30, 2023, PHONE01 was connected to a GrayKey unit and file system data was extracted.

Starting on August 30, 2023, the "Physical Analyzer" and Oxygen forensic applications were used to parse and verify information from PHONE01's acquired data.

On August 31, 2023, PHONE01 was powered off, placed in the evidence bag, and sealed for later return to the case agent.

The extracted information is available on the Output USB in the "PHONE01-Apple iPhone" folder.

On September 5, 2023, the Output USB and PHONE01 were provided to S/A Cardona.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Computer Forensics - OPR SD assist - cell phone extraction... | SD09ST24SD0001-001 | 10/25/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

EXHIBIT B



| | DEPARTMENT OF HOMELAND SECURITY | **1. CASE NUMBER** |
|---|---|---|
| | **Immigration and Customs Enforcement** | 202306243 |
| | **Office of Professional Responsibility** | **PREPARED BY** |
| | Digital Forensic Report | GLUD, TODD S |

**3. TITLE**

HERNANDEZ, SHANTAL/Non-Employee/0612 Detainee/Alien - Sexual Assault (Staff on Detainee)/SAN DIEGO, SAN DIEGO, CA

**4. FINAL RESOLUTION**

| **5. STATUS** | **6. TYPE OF REPORT** | **7. RELATED CASES** |
|---|---|---|
| Interim Report | Digital Forensic Report | 202307517 202312551 |

**8. TOPIC**

Preliminary Forensic Report - Seized Electronic Items from Residence & Apple Customer Data

**9. SYNOPSIS**

On March 10, 2023, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations, San Diego, California (ERO San Diego), Assistant Field Office Director (AFOD) Amy Kraus, contacted the Joint Intake Center (JIC) to report allegations of a suspicious relationship between contract Immigration Detention Case Manager (IDCM) Shantal HERNANDEZ, Department of Homeland Security, Office of the Immigration Ombudsman (OIDO), and Ihab Nadhim (░░░░░░░░), an ICE detainee at the Otay Mesa Detention Center (OMDC). The ICE Office of Professional Responsibility, San Diego, California (OPR San Diego), subsequently confirmed a sexual relationship.

The ICE OPR Cyber Section provided technical assistance to OPR San Diego with the preservation and analysis of seized digital evidence. This report will document the support provided.

| **10. CASE OFFICER (Print Name & Title)** | **11. COMPLETION DATE** | **14. ORIGIN OFFICE** |
|---|---|---|
| GLUD, TODD S - ICE-OPR Special Agent | 03-NOV-2023 | ICE OPR RAC San Diego |
| **12. APPROVED BY(Print Name & Title)** | **13. APPROVED DATE** | **15. TELEPHONE NUMBER** |
| THOMAS WEST - ICE-OPR Special Agent Supervisor | 06-NOV-2023 | No Phone Number |

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, DEPARTMENT OF HOMELAND SECURITY, TOGETHER WITH A COPY OF THE DOCUMENT.

THIS DOCUMENT CONTAINS INFORMATION REGARDING CURRENT AND ON-GOING ACTIVITIES OF A SENSITIVE NATURE. IT IS FOR THE EXCLUSIVE USE OF OFFICIAL U.S. GOVERNMENT AGENCIES AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY IT CONTAINS NEITHER RECOMMENDATIONS NOR CONCLUSIONS OF THE DEPARTMENT OF HOMELAND SECURITY. DISTRIBUTION OF THIS DOCUMENT HAS BEEN LIMITED AND FURTHER DISSEMINATION OR EXTRACTS FROM THE DOCUMENT MAY NOT BE MADE WITHOUT PRIOR WRITTEN AUTHORIZATION OF THE ORIGINATOR.



| DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|
| Immigration and Customs Enforcement | 202306243 |
| Office of Professional Responsibility | PREPARED BY |
| Digital Forensic Report | GLUD, TODD S |
| | |

## 10. NARRATIVE

The ICE OPR Cyber Section received an approved Forensic Request from OPR San Diego on June 5, 2023, requesting technical case assistance. Pursuant to the request Senior Special Agent (SSA) Todd Glud, an OPR computer forensic agent, assisted with the onsite seizure of evidence, processing, and preliminary analysis of the electronically stored information (ESI) identified during the investigation.

ON-SITE SUPPORT

On June 13, 2023, SSA Glud participated in a search warrant operation at the HERNANDEZ residence located at 3972 Ocean View Boulevard, San Diego, CA. During the search warrant SSA Glud assisted OPR San Diego agents with the identification and seizure of devices capable of holding ESI. The seized electronic devices were documented and shipped to the ICE OPR Cyber Section's digital forensic lab in Fairfax, VA for forensic imaging/preservation with the exception of one Apple iPhone device (Line 001) which was brought to the Homeland Security Investigations (HSI) digital forensic lab in San Diego, CA so it could remain powered on and network isolated until such time as it could be forensically exploited.

DEVICE SPECIFIC FINDINGS

Line 001 - Apple Blue Cellular iPhone

Make: Apple
Model: iPhone 12 Pro Max
Software Version: 16.5
Serial Number: G6TDWL2U0D46
IMEI: 354703753395442
Phone Number: ███████████
Apple ID: ███████████████

At the time of the seizure, no known industry recognized forensic tools supported the preservation of ESI from this particular Apple device running Apple's iOS 16.5 operating system. In an effort to maintain the device in an exploitable state at a time when available tools would properly preserve the ESI the device was moved to the HSI San Diego digital forensic lab for safe keeping. On or about August 30, 2023, HSI SA David Marshall advised he was able to successfully preserve the ESI. The forensic collection was provided to ICE OPR. See SA Marshall's report for additional

SH-REPORTS-000117



| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
| | Immigration and Customs Enforcement | 202306243 |
| | Office of Professional Responsibility | PREPARED BY |
| | Digital Forensic Report | GLUD, TODD S |

## 10. NARRATIVE

information (SD09ST24SD0001-001).

- Calculator# -Vault Application

SA Marshall was able to parse information specific to a notable application installed on the iPhone named "Calculator# - Vault." See also SA Marshall's electronic companion report titled "Oxygen PHONE01 Calculator App" for the parsed information.

The application is designed to look like a calculator but is actually a digital vault. According to the company's website (https://www.newsoftwares.net/ns-vault/) the website describes the application as follows:

"What is Calculator# – Vault?
Need an icon that looks like a calculator but opens all your confidential documents, notes, photos and videos? Look no further, this is now made possible. Calculator# – Vault is an improved security tool that is disguised as a calculator and nobody would ever know what's inside such icon. Since this icon is password protected, not nobody can access your private data."

The notable images and video evidence relating to the sexual relationship between HERNANDEZ and ICE Detainee Ihab Nadhim identified during SSA Glud's triage analysis of ESI obtained from Apple, Incorporated via search warrant, discussed in further detail below, matched the information SA Marshall parsed from the Calculator# application.

SSA Glud received a copy of the preservation provided by SA Marshall. The preserved ESI was processed for analysis. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. The date culled collection was generated for keyword searching and provided to the case agent for review.

Line 002 - Apple Cellular iPhone (DHSWP22008652)

Make: Apple
Model: iPhone 13
Software Version: 16.4
Serial Number: H4YJF0RJ0DXT
IMEI: 35781443014226
Phone Number: +▓▓▓▓▓▓▓▓▓

SH-REPORTS-000118



| | |
|---|---|
| **DEPARTMENT OF HOMELAND SECURITY** | **1. CASE NUMBER** |
| **Immigration and Customs Enforcement** | 202306243 |
| **Office of Professional Responsibility** | **PREPARED BY** |
| Digital Forensic Report | GLUD, TODD S |

## 10. NARRATIVE

Asset Tag: DHSWP22008652

This device is DHS owned and had been issued to HERNANDEZ for use in connection with her employment. OPR Cyber Section Chief (SC) Thomas West coordinated with DHS Information Technology to use a DHS Mobile Device Management (MDM) tool to reset the device PIN. Using the PIN reset SC West logically preserved the ESI contained on the device. SSA Glud verified the preservation and processed the data for searching. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. SSA Glud conducted keyword searches for the following terms:

Nadhim
Ihab
Kifah
████████
Iraq

Responsive data was tagged for additional review by the case agent. A preliminary report of responsive data was generated on July 12, 2023. The date culled and tagged collection was generated and provided to the case agent for additional review.


Line 003 - Samsung Galaxy Phone Note

Make: Samsung
Model: Galaxy Note8 (SM-N950U)
Software Version: Andriod 9
Serial Number: R28JB0427VJ
IMEI: 358505084738000
SD Card: 1GB SanDisk

This device and SD Card was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. SSA Glud conducted keyword searches for the following terms:

Nadhim
Ihab

SH-REPORTS-000119

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
|  | **Immigration and Customs Enforcement**<br><br>**Office of Professional Responsibility**<br>Digital Forensic Report | 202306243 |
| | | **PREPARED BY**<br><br>GLUD, TODD S |
| | | |

**10. NARRATIVE**

Kifah

A manual review of artifacts, images, and video returned negative results. The date culled collection was generated and provided to the case agent for additional review.


Line 004 - Apple iPad

Make: Apple
Model: iPad Mini 3
Software Version: 11.4
Serial Number: F4KNFDY8G5V6
Owner Name: Patricia Mendias

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. SSA Glud conducted keyword searches for the following terms:

Nadhim
Ihab
Kifah

A manual review of artifacts, images, and video returned negative results. The date culled collection was generated and provided to the case agent for additional review.


Line 005 - Samsung Tablet

Make: Samsung
Model: Galaxy Note 10.1 (GT-N8013)
Software Version: Andriod 4.1.2
Serial Number: RF2CC0MLAGD

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. SSA Glud conducted keyword

SH-REPORTS-000120

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
|  | Immigration and Customs Enforcement | 202306243 |
| | Office of Professional Responsibility<br>Digital Forensic Report | PREPARED BY<br><br>GLUD, TODD S |
| | | |

**10. NARRATIVE**

searches for the following terms:

Nadhim
Ihab
Kifah

A manual review of artifacts, images, and video returned negative results. The date culled collection was generated and provided to the case agent for additional review.


Line 006 - Silver Lenovo Laptop

Make: Lenovo
Model: Unknown
Hard Drive: Seagate 1TB, S/N: WDEV1ZTA

This device was forensically preserved by SC West. SSA Glud verified the preservation and processed the data for searching. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. SSA Glud conducted keyword searches for the following terms:

Nadhim
Ihab
Kifah

█████████

Iraq
gettingout.com
telmate.com

████████████

Responsive data was tagged for additional review by the case agent. A preliminary report of responsive data was generated on July 12, 2023. The date culled and tagged collection was generated and provided to the case agent for additional review.


Line 007 - HP Silver Laptop (DHSFY21003463)

SH-REPORTS-000121

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
|  | Immigration and Customs Enforcement | 202306243 |
| | Office of Professional Responsibility<br>Digital Forensic Report | **PREPARED BY**<br><br>GLUD, TODD S |
| | | |

**10. NARRATIVE**

Make: Hewlett Packard
Model: Laptop
Serial Number: Unknown
Asset Tag: DHSFY21003463
Hard Drive: SK Hynix 512GB, S/N: FYB1N037813301J1F

This device is DHS owned and had been issued to HERNANDEZ for use in connection with her employment. The laptop was encrypted using Microsoft's BitLocker encryption. The encrypted disk was forensically preserved by SC West. SC West was provided a BitLocker decryption key from DHS Information Technology. SSA Glud verified the preservation and prepared the data for searching. Prior to processing and searching SSA Glud generated a decrypted copy of the forensic image using the provided decryption key. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. SSA Glud conducted keyword searches for the following terms:

Nadhim
Ihab
Kifah

█████████
Iraq
gettingout.com
telmate.com
█████████████████

Responsive data was tagged for additional review by the case agent. A preliminary report of responsive data was generated on July 12, 2023. The date culled and tagged collection was generated and provided to the case agent for additional review.


Line 008 - Gateway Laptop

Make: Gateway
Model: MS2285
Serial Number: Unknown
Hard Drive: Western Digital 320GB, S/N: WXV0EA9EETF1

This device has not been imaged due to likely hard drive failure.



| DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|
| **Immigration and Customs Enforcement** | 202306243 |
| **Office of Professional Responsibility** | **PREPARED BY** |
| Digital Forensic Report | GLUD, TODD S |

## 10. NARRATIVE

Line 009 - HP Pavilion Tower

Make: Hewlett Packard
Model: Desktop Tower
Serial Number: Unknown
Hard Drive: Hitachi 1TB, S/N: JP2940J83TEJ8L

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. SSA Glud conducted keyword searches for the following terms:

Nadhim
Ihab
Kifah

A manual review of artifacts, images, and video returned negative results. The date culled collection was generated and provided to the case agent for additional review.


Line 010 - SIM Card

This device has not been imaged as the SIM card was not readable


Line 011 - SANDISK Memory Card

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. No data meeting the date cull criteria was identified.


Line 012 - Translator Electronic Device (DHS00000000423611)

Make: Vormor

OFFICIAL USE ONLY                         SENSITIVE                              Page 9 of 14

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
|  | **Immigration and Customs Enforcement** | 202306243 |
| | **Office of Professional Responsibility** | **PREPARED BY** |
| | Digital Forensic Report | GLUD, TODD S |
| | | |

## 10. NARRATIVE

Model: T11
Serial Number: BBS6221102242
Asset Tag: DHS 00000000423611

This device is a DHS issued foreign language translator; it is unsupported for forensic exploitation. The device was manually examined by SC West; no identifiable user created ESI was located.

Line 013a - SANDISK USB Thumb Drive

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. No data meeting the date cull criteria was identified.

Line 013b - Blue USB Thumb Drive (ICE)

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. SSA Glud conducted keyword searches for the following terms:

Nadhim
Ihab
Kifah

A manual review of artifacts, images, and video returned negative results. The date culled collection was generated and provided to the case agent for additional review.

Line 014a - White USB Thumb Drive PQi

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. No data meeting the date cull criteria was identified.

OFFICIAL USE ONLY                         SENSITIVE

OFFICIAL USE ONLY                                            SENSITIVE

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
|  | **Immigration and Customs Enforcement**<br>**Office of Professional Responsibility**<br>Digital Forensic Report | 202306243<br>**PREPARED BY**<br>GLUD, TODD S |

## 10. NARRATIVE

Line 014b - Black USB Thumb Drive GE

This device is an Optical Mouse USB Receiver, not a data storage device, and is unable to be forensically imaged.


Line 014c - White Lexar USB Thumb Drive

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. No data meeting the date cull criteria was identified.


Line 015 - Silver/Black Level 3 USB Thumb Drive

This device was forensically preserved by SC West. The forensic preservation was verified and processed for searching by SSA Glud. A global date filter was applied to include only data between the dates of January 1, 2023 through June 13, 2023. No data meeting the date cull criteria was identified.


Line 016 – AT&T Netgear Electronic Device

This device is a WiFi hotspot, not a data storge device, and is unable to be forensically imaged.


APPLE CUSTOMER ACCOUNT DATA

A search warrant was issued to Apple, Incorporated on July 18, 2023, for information associated to the Apple customer account used by HERNANDEZ. SSA Glud, using the download instructions received from Apple, initiated the collection of ESI provided by Apple in fulfilment of the search warrant demand. The download included 276 encrypted containers which were verified and decrypted using the decryption key provided by Apple.

SSA Glud initially prioritized the download of the iPhone cloud backup containers provided by

OFFICIAL USE ONLY                                            SENSITIVE

OFFICIAL USE ONLY                                    SENSITIVE                                    **Page 11 of 14**

|  | **DEPARTMENT OF HOMELAND SECURITY**<br><br>**Immigration and Customs Enforcement**<br><br>**Office of Professional Responsibility**<br>Digital Forensic Report | **1. CASE NUMBER**<br>202306243 |
|---|---|---|
| | | **PREPARED BY**<br>GLUD, TODD S |
| | | |

## 10. NARRATIVE

Apple at the request of the case agent for a triage analysis searching for probative content that a relationship, sexual nature, existed between HERNANDEZ and ICE Detainee Nadhim. Within the containers associated with the cloud backup of an iOS device, in an obfuscated file structure, were several notable images and video with file dates spanning February 2023 through April 2023. The images and video files depict a male adult, known to be ICE Detainee Nadhim, wearing red pants over gray underwear or sweat pants and a brown t-shirt engaging with a female adult known to be HERNANDEZ. The images and video appear to have been taken by both HERNANDEZ and ICE Detainee Nadhim. The two are engaging in amorous and sexual behavior including kissing, fondling, and oral sex.  One video is of HERNANDEZ performing fellatio on the erect penis of an adult male wearing the same clothing as ICE Detainee Nadhim and having similar hand tattoos. The fellatio video was created approximately one second after a video was created of ICE Detainee Nadhim where he can be seen standing with his hand in his pants and his hand tattoos clearly visible. Additional images and video include screen shots of chat communications with ICE Detainee Nadhim, images of a positive pregnancy test, and videos of a "Mommy and Me Ultrasound" procedure. A preliminary report of this initial data was prepared and provided to the case agent.

Upon completion of the encrypted container downloads the data was verified and processed by SSA Glud using Magnet Forensics' Apple Warrant Return Assistant. This tool automates the decryption and de-obfuscation of file names and paths. The final data set was further processed for searching and analysis using Magnet Forensics' Axiom forensic software. A global date filter was applied to include only data between the dates of January 1, 2023 through July 18, 2023. The date culled collection was generated and provided to the case agent for additional review.

- Calculator# - Vault Application

SSA Glud was able to locate the information initially identified during the triage analysis and in the preliminary reporting regarding notable images and video. Now that the folder and file names had been rendered readable the notable files were determined to located within the application back-up for net.newsoftwares.NSVault. This is the cloud backup of the Calcutor# application data identified during the HSI SA Marshall's analysis of the data collected directly from the iPhone (LI001).

In addition to iPhone data backed up to the cloud Apple disclosed transactional data pursuant to the search warrant demand.  Data contained within the APL000002_APPLE_CONFIDENTIAL.xlsx log relating to Apple Media Services transactions identifies the free version of the application Calculator# Hide Photos Videos was purchased on February 8, 2023 at 11:35 PM (Pacific).

OFFICIAL USE ONLY                                    SENSITIVE



| DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|
| **Immigration and Customs Enforcement** | 202306243 |
| **Office of Professional Responsibility**<br>Digital Forensic Report | **PREPARED BY**<br><br>GLUD, TODD S |
| | |

## 10. NARRATIVE

- GettingOut / GettingOut Visits Applications

Based on open-source information the "GettingOut" and "GettingOut Visits" applications are provided by Telmate, LLC.  According to the company's LinkedIn profile (https://www.linkedin.com/company/telmate/):

"Telmate is a leading provider of inmate communications services…provides SaaS [Software as a Service] inmate phones, video visits, messaging, photo sharing, education, entertainment and more in nearly 200 facilities in over 30 states and in Canada."

Information on the Apple App Store (https://apps.apple.com/us/app/gettingout/id907226423) describes the application GettingOut as:

"GTL's GettingOut mobile app is rooted in the power of relationships. It provides simple and reliable communication between inmates and their family and friends -- allowing them to stay connected, even on the go!

With our free mobile app, you can easily make deposits, send and receive messages with our new and improved messaging feature, send photos and videos (select facilities), manage contacts and more. Download the GettingOut app today!"

Information on the Apple App Store (https://apps.apple.com/us/app/gettingout-visits/id1342522622) describes the application GettingOut Visits as:

"*Currently available at select facilities.*

What if you could visit your loved one from your mobile device anytime, anywhere? Now you can!

With our FREE GettingOut Visits app, keeping in touch with loved ones is easier and more flexible than ever. Plus with our new Visit Now feature, there's no scheduling needed. You can video visit on the spot – and you will only be charged for the actual visit time you use.

With the GettingOut Visits app, it's easy to visit anytime, anywhere from your mobile device!"

Data contained within the APL000002_APPLE_CONFIDENTIAL.xlsx log relating to Apple Media Services transactions identifies the application "GettingOut" was first purchased (no cost) on

SH-REPORTS-000127

| | DEPARTMENT OF HOMELAND SECURITY | 1. CASE NUMBER |
|---|---|---|
|  | Immigration and Customs Enforcement | 202306243 |
| | Office of Professional Responsibility | **PREPARED BY** |
| | Digital Forensic Report | GLUD, TODD S |
| | | |

## 10. NARRATIVE

January 26, 2023, at 6:34 PM (Pacific) through the shantalhdz13@icloud.com iCloud account. Additionally, the application was redownloaded or updated 62 times between February 3, 2023 and July 15, 2023, with 26 of the events occurring after the date of the search warrant execution at the HERNANDEZ residence.

Data contained within the APL000002_APPLE_CONFIDENTIAL.xlsx log relating to Apple Media Service transactions identifies the application "GettingOut Visits" was first purchased (no cost) on March 25, 2023, at 11:06 AM (Pacific) through the shantalhdz13@icloud.com iCloud account. Additionally, the application was redownloaded or updated 11 times between April 29, 2023 and July 18, 2023, with 7 of the events occurring after the date of the search warrant execution at the HERNANDEZ residence.

- Apple Support Case Notes

Data contained within the APL000002_APPLE_CONFIDENTIAL.xlsx log relating to Apple Support Case Notes indicate that beginning on June 13, 2023, (Agent Note: this is the date the search warrant was served on the HERNANDEZ residence) through July 3, 2023, calls were being placed to Apple Support in an attempt to remote wipe or to check on the wipe status of the iPhone associated with phone number (619) 606-0855. This is the same phone number associated with iPhone identified as Line Item 001 seized on June 13, 2023.

The case agent has been notified of the preliminary findings from the examination of the ESI identified above. The results of the examination were provided in a digital report format. Further examination of the submitted evidence of findings referenced in this report is available upon request. This request is considered fulfilled.

SH-REPORTS-000128

| | **DEPARTMENT OF HOMELAND SECURITY** | **1. CASE NUMBER** |
|---|---|---|
| | **Immigration and Customs Enforcement** | 202306243 |
| | **Office of Professional Responsibility**<br>Digital Forensic Report | **PREPARED BY**<br><br>GLUD, TODD S |

None

SH-REPORTS-000129