Marc Levinson
California State Bar No. 249322
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Marc_Levinson@fd.org

Attorney for Defendant, Shantal Hernandez

United States District Court, Southern District of California

(The Honorable Jill L. Burkhardt)

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANTAL HERNANDEZ,<br><br>Defendant. | CASE NO.:  23CR1821-JES (JLB)<br><br>**Amended Motion to Modify Pretrial Release Conditions by Shantal Hernandez** |
|---|---|

The Defense requests to modify the travel restrictions on Ms. Hernandez' $30,000 appearance bond. Ms. Hernandez is requesting to be allowed to travel to and from Tijuana, Mexico on April 30, 2025.

Ms. Hernandez is asking to take her dogs to a more affordable veterinarian. PTSO Evelyn Caserta and AUSA Sean Van Demark do not oppose this request.

As this Court knows, allowing Ms. Hernandez to travel to see the veterinarian rewards and incentivizes her ongoing compliance with this Court's pretrial release conditions (attached at Exhibit A).

///
///
///
///

                                              Respectfully submitted,

Date: April 24, 2025          Signed: *s/ Marc Levinson*
                                                  Attorney for Shantal Hernandez
                                                  marc_levinson@fd.org

I, Sean Van Demark, do not oppose the above request.

Date: April 24, 2025          Signed: *s/ Sean Van Demark*
                                                    Attorney for the United States
                                                  Sean.Van.Demark@usdoj.gov