UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHANTAL HERNANDEZ,<br><br>  Defendant. | Case No. 23CR1821-JES<br>I N F O R M A T I O N<br>**(Superseding)**<br><br>Title 18, U.S.C., Sec. 1791(a)(1)<br>– Providing or Possessing<br>Contraband in Prison |

The United States Attorney charges:

COUNT ONE

On or about and between March 8, 2023, within the Southern District of California, defendant SHANTAL HERNANDEZ, in violation of a statute or a rule or order issued under a statute, defendant provided to an inmate of a prison a prohibited object, in violation of Title 18, United States Code, Section 1791(a)(1).

DATED: MAY 8, 2025

```
                              ADAM GORDON
                              United States Attorney

                              ANDREW SHERWOOD
                              SEAN VAN DEMARK
                              Assistant U.S. Attorney
```