UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23CR1821-JES |
|---|---|
| Plaintiff, | <u>I N F O R M A T I O N</u><br>**(Superseding)** |
| v. | Title 18, U.S.C., Sec. 1791(a)(1) – Providing or Possessing Contraband in Prison |
| SHANTAL HERNANDEZ, | |
| Defendant. | |

The United States Attorney charges:

<u>COUNT ONE</u>

On or about and between March 8, 2023, within the Southern District of California, defendant SHANTAL HERNANDEZ, in violation of a statute or a rule or order issued under a statute, defendant provided to an inmate of a prison a prohibited object, in violation of Title 18, United States Code, Section 1791(a)(1).

DATED: MAY 8, 2025

ADAM GORDON
United States Attorney

ANDREW SHERWOOD
SEAN VAN DEMARK
Assistant U.S. Attorney