Marc Levinson
California State Bar No. 249322
marc_levinson@fd.org
Jessica Oliva
California State Bar No. 312435
jessica_oliva@fd.org
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Defendant, Shantal Hernandez

United States District Court, Southern District of California
(The Honorable James E. Simmons, Jr.)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Shantal Hernandez,<br><br>    Defendant. | Case No.: 3:23-cr-1821-JES<br><br>**Sentencing Memorandum by Shantal Hernandez**<br><br>Sentencing hearing: June 6, 2025, at 9:00 am |

# I.
# DISCUSSION

Ms. Hernandez pleaded guilty to a Class B misdemeanor last month. This sentencing hearing follows two years on pretrial release, including three months on GPS monitoring and a curfew. She also spent over a week in jail after her 2023 arrest. Her actions derailed her career, threatened her goals, and tarnished an otherwise outstanding personal and professional reputation.

This marks her first arrest and conviction. It contrasts sharply with a track record of success rarely seen in our District Courts. In 2014, she earned a bachelor's degree in criminal justice from San Diego State University, followed by a master's degree in Homeland Security two years later. (pictured here).



Between 2013 and 2017, she volunteered at San Diego's Reentry Clinic, where she helped marginalized community members secure job training, post-conviction relief, and legal status adjustments. During that time, she supported herself by managing staff operations, budgets, training, and customer relations at Market Source, Inc., a sales acceleration firm. From 2016 to 2018, she led disaster management and critical relief efforts as an incident commander with the American Red Cross and earned FEMA certification.

She began investigative work in 2017, joining the National Insurance Crime Bureau (NICB). There, she uncovered fraud and gathered intelligence on complex financial crimes. International law enforcement, insurance providers, and government agencies relied on her findings to disrupt organized criminal activity worldwide. She later transitioned to counterintelligence and security work with the Department of Defense, conducting national security interviews and investigations.

In 2021, she joined SDSU as a policy analyst, where she coordinated campus COVID-19 response efforts. She led a team of student assistants, enforced public health compliance, managed budgets, and served as a liaison among departments, campus partners, and the student body. This role was her last before joining ISN as an IDCM at OMDC.

She was recently accepted into law school, where she plans to pursue her long-held dream of becoming an attorney. "This is not just about continuing my education," she told defense counsel. "It's about channeling everything I've learned into becoming someone who helps others navigate a system that can often feel unforgiving and unfair."

Ms. Hernandez grew up in Southeast San Diego amid violence, scarce resources, and systemic barriers. Early on, she resolved to build a better life—not just for herself, but for her community. As the middle daughter in a proud Mexican-American family of five sisters, she became the first to attend graduate school. Her

parents, who immigrated in search of opportunity, now celebrate a family milestone: all five daughters hold college degrees.

Her greatest motivation has always been her son. As a single mother, she works every day to model the value of education, purpose, and perseverance. She wants him to grow up "knowing that obstacles do not define you—your response to them does." He is the reason she never gave up, even when the road was hardest.

For the foregoing reasons, as well as those discussed in the letters attached at **Exhibit A**, the defense asks this Court to impose a sentence of time-served.

Respectfully submitted,

Date: June 3, 2025              Signed: *s/ Marc Levinson & Jessica Oliva*
                                Attorneys for Shantal Hernandez
                                Federal Defenders of San Diego
                                marc_levinson@fd.org
                                jessica_oliva@fd.org