Dear Honorable Judge,

I am writing to provide a character reference for my friend, Shantal Hernandez, who is currently in front of the court. I have had the privilege of knowing Shantal for over ten years, and in that time, I have come to know her as a hardworking, loyal, and compassionate individual who is deeply committed to her family, her community, and her values.

As a mother, Shantal is incredibly dedicated to her child, always striving to provide him with a loving and supportive environment. Her family is the center of her life, and she works tirelessly to ensure that they are well cared for. I have seen firsthand how much love and effort she puts into being the best mother she can be, and it is truly inspiring.

In addition to being a devoted mother, Shantal is also a remarkable entrepreneur. She is driven, resourceful, and constantly seeking ways to improve her business and provide for her family. Her work ethic and determination are qualities I admire greatly. Whether in her professional life or personal endeavors, Shantal approaches every challenge with integrity and a sense of responsibility.

Shantal is also a wonderful and loyal friend. Over the years, we have traveled together and shared many experiences, and I can confidently say that she is someone who can always be counted on. She is the kind of person who shows up for the people she cares about, offering support and encouragement whenever needed. Our families have become close, and I have seen firsthand how much she values her relationships and how she maintains strong, positive connections with those around her.

I understand that Shantal is facing legal matters, and while no one is perfect, I believe that her character and track record of being a hardworking, family-oriented, and morally grounded individual speak for themselves. I have full confidence that she will continue to learn, grow, and make positive contributions to her community and her family.

Thank you for taking the time to consider my perspective. I trust that you will find Shantal to be a person of good character, and I hope this letter helps provide additional context as you make your decision.

Sincerely,

A Dear Friend
April Sikkila

**Cecilia Barba-Cook**



**Date:** May 22, 2025

**To Whom It May Concern,**

I am writing to provide a character reference for Ms. Shantal Hernandez, whom I have had the honor of knowing since 2003. Over the past two decades, I have witnessed her steadfast commitment to her family, friends, and community, and I can attest without reservation to her integrity, reliability, and compassion.

Shantal is the kind of person who consistently shows up—on time, fully present, and ready to support those around her. Whether the situation is routine or exceptionally complex, Shantal brings a level-headed, thoughtful, and generous presence that makes a tangible difference. I have personally seen her navigate highly challenging circumstances with grace, empathy, and a deep sense of responsibility.

Her love for her family is unwavering, and her loyalty to her community is equally remarkable. Shantal's natural ability to lead with kindness while remaining grounded in practical action is rare and deeply valued by all who know her. She offers guidance without judgment and care without condition.

If your court is seeking insight into Shantal's character, I can say with full confidence that she is a trustworthy, dependable, and deeply caring individual. She is a person of principle who acts in the best interest of others and who takes her responsibilities seriously.

Please feel free to contact me should you require any further information or clarification.

Sincerely,
**Cecilia Barba-Cook**



May 22, 2025

To Whom It May Concern,

I am writing to provide this letter of character for Shantal Hernandez, a woman of remarkable resilience, compassion, and strength. I have had the privilege of knowing Shantal as children and can attest to the admirable qualities that define her both as an individual and as a devoted single parent.

Shantal is exceptionally strong-willed and determined. She faces challenges head-on and perseveres with unwavering focus and dedication. Life has presented her with significant responsibilities, and she has risen to each one with grace and tenacity.

As a single parent, Shantal is the embodiment of care and selflessness. Her child is always her top priority, and she ensures that every decision she makes is grounded in love, responsibility, and long-term wellbeing. She creates a stable, nurturing environment filled with encouragement, support, and guidance.

Shantal is also fiercely independent. She handles her responsibilities with confidence and integrity, never hesitating to go the extra mile to provide for her family and achieve her goals. Her sense of accountability, coupled with her genuine kindness, earns the trust and respect of everyone around her.

In short, Shantal Hernandez is exceptional, dependable and kind. I hold her in the highest regard and strongly believe she would be an asset in any setting.

Please feel free to contact me if you need any further information.

Sincerely,
Eileen Rojas
First Cousin

Marijose Parada



05/22/2025

To The Honorable Judge,

My name is Marijose Parada, and I am writing this letter on behalf of my dear friend, Shantal Hernandez, in support of her character as she approaches sentencing. I have known Shantal for nearly eight years, and over the past five years, we have grown incredibly close through shared experiences, mutual trust, and deepening friendship.

Shantal is a devoted and selfless mother to her 15-year-old son, who is a reflection of her values respectful, responsible, and kind. Her life revolves around his well-being, and she works tirelessly to provide for him and ensure he grows up with strong moral foundations. She is hands-on in everything she does. Whether it's household repairs, dog grooming, or fitness, Shantal doesn't shy away from a challenge. She will research, learn, and execute with discipline and dedication. She's the type of person who tells you she'll "rest when she dies" because she's so committed to her responsibilities.

Her determination is something I deeply admire. I've watched her transform a curiosity about dog grooming into a professional business through sheer will, practice, and passion. She has even cared for my dogs, and I trust her completely not just with my pets, but with anything important in my life. Shantal is someone who shows up. If I call, she answers. If I need help, she finds a way.

She is also a person who embraces growth. I've witnessed her journey of personal development-working hard to open up emotionally, becoming more expressive, and accepting constructive criticism with grace and maturity. She is always striving to become a better version of herself, and it shows in how she carries herself and how she treats others.

Shantal has also welcomed me and my partner into her life like family. I'll never forget the Thanksgiving she invited us into her home when we had nowhere else to go-she made us feel like part of her family, and that speaks volumes about her heart and generosity.

Your Honor, I do not excuse any mistakes that may have brought Shantal to this moment, but I hope you can see the full picture of the woman standing before you. She is not defined by a single chapter in her life. She is a devoted mother, a hard working entrepreneur, a loyal friend, and someone who constantly seeks to grow. I respectfully ask that you consider these qualities as you make your decision.

Thank you for your time and consideration.

Sincerely,
Marijose Parada

Robert Guzman
Retention Coordinator
San Diego State University


May 14,2025


It is not often in life that you come across someone like Shantal Hernandez, a woman whose resilience, authenticity, and quiet strength speak louder than any letter ever could. It is with deep respect and full confidence that I write this personal letter in support of Shantal during these critical moments.

Shantal is the kind of person who doesn't just talk about change she works tirelessly to be part of it. She has a remarkable ability to turn hardship into motivation and to use her experiences not as limitations, but as fuel for her goals. Raised in a community where violence and poverty were part of everyday life, Shantal never allowed those circumstances to define her. Instead, she focused on education, service, and growth, always striving to become a better version of herself and to uplift those around her.

What sets Shantal apart is not just her ambition, but the heart behind it. Her passion for justice and her desire to protect and serve others stem from a very real, personal place. I've seen her eyes light up when she talks about her work with the Clean Slate Clinic, helping people regain their dignity by clearing their criminal records. I've heard her stories about feeding the elderly in Tijuana, volunteering with Alcoholics Anonymous, and guiding young people through Teen Court. These aren't just volunteer hours to her, they are a reflection of her values. She gives of herself completely, because she understands what it feels like to be overlooked, and she is determined to ensure others aren't.

Professionally, Shantal is both a leader and a learner. In her workforce experience, she has earned respect for her integrity, problem-solving skills, and ability to connect with people. Whether she's leading a team, supporting a colleague, or mentoring someone new, she does it with humility, patience, and confidence. She has a way of making people feel heard and valued and that's a rare quality in any field where empathy and clear communication matter just as much as technical skill.

Her drive to protect the vulnerable, seek justice, and work across cultural and social boundaries makes her a natural fit in every aspect of life.

As a mother, student, volunteer, and professional, Shantal wears many hats and she wears them all with strength and grace. I have the understanding of her current situation she's facing and the great impact it has caused for her family, in particular her son. I'm not here to defend Shantal, but rather to represent her as someone I am proud to call an amazing human being. I believe in her and I stand beside her.

Respectfully,


Robert Guzman