```
ADAM GORDON
United States Attorney
ANDREW SHERWOOD
Assistant United States Attorney
California Bar No. 342419
New York Bar No. 4518106
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Tel: (619) 546-9690
Email: andrew.sherwood@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 23CR1821-JES |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION TO RELEASE MATERIAL WTINESS I.K.N.** |
| v. | ) | |
| SHANTAL HERNANDEZ, | ) | |
| Defendant. | ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Andrew Sherwood and Sean Van Demark, Assistant United States Attorneys, respectfully requests that the Court release material witness I.K.N. on this case. The case has resolved and I.K.N. is no longer needed as a material witness. Counsel for I.K.N. joins in this motion.

//

//

//

//

//

//

1 | DATED:  June 16, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Andrew Sherwood*
ANDREW SHERWOOD
SEAN VAN DEMARK
Assistant U.S. Attorneys

*s/ Christian Ham*
Christian Ham
Attorney for I.K.N.