# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 23cr1821-JES |
|---|---|
| Plaintiff, | |
| v. | **ORDER RELEASING MATERIAL WITNESS I.K.N.** |
| SHANTAL HERNANDEZ, | |
| Defendant. | |

On motion of the parties and with good cause shown, material witness I.K.N. is ordered released on this case.

Dated: June 16, 2025

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge